UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>RONNIE BOGGS,<br><br>Defendant. | CRIMINAL ACTION NO. 6:12-59-KKC-HAI-3<br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on a recommended disposition in which the magistrate judge makes certain recommendations regarding Defendant's admitted violations of the terms of his supervised release. (DE 782.) No party has filed objections to the recommendation. Defendant has waived his right to appear before the district judge, and he has waived his right to make a statement and present mitigating information. (DE 783.)

Accordingly, the Court hereby ORDERS that the recommended disposition (DE 782) is ADOPTED as the Court's opinion. The Court will enter a judgment consistent with the recommendation.

Dated October 16, 2019

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY