**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL NO. 6:12-59-KKC** |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **RONNIE BOGGS,** | |
| **Defendant.** | |

*** *** ***

This matter is before the Court on a recommended disposition in which Magistrate Judge Hanly A. Ingram makes certain recommendations regarding Defendant's admitted violations of the terms of his supervised release. (DE 825.) No party has filed objections to the recommendation; however, Defendant has not waived his right to appear before the district judge, to make a statement, and present mitigating information.

Therefore, the Court hereby ORDERS that the recommended disposition (DE 825) is ADOPTED as to the Magistrate Judge's determination that the violations of supervised release occurred. This matter SHALL come before the Court for a final hearing on Friday, **April 30, 2021, at 11:00 A.M. in Lexington** for purposes of allocution and sentencing.

Dated April 15, 2021



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY